UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Rainforest Connection, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 4:25-cv-02735 |
| Bourhan Yassin, Chrissy Durkin, Mahreen Qazi, and Molly Webster | | |
| Defendants. | | |

## **PLAINTIFF'S FED R. CIV. P. 7.1 DISCLOSURE**

Plaintiff Rainforest Connection, ("Plaintiff" or "Rainforest") files this Disclosure pursuant to Federal Rule of Civil Procedure 7.1 and this Court's July 13, 2025, Order Setting Conference.

Plaintiff, Rainforest Connection, is a California Nonprofit Corporation. Nobody owns more than 10% of its stock. No party except Rainforest Connection and the undersigned law firm have an interest in this litigation. The undersigned attorneys are the only attorneys of record.

Date: July 11, 2025

Respectfully submitted,
*/s/ Benjamin F. Foster*
Benjamin F. Foster
Alisa A. Lipski
Foster Yarborough PLLC
917 Franklin Street Ste. 220
Houston, Texas 77002
Tel: (713) 331-5254
ben@fosteryarborough.com
alisa@fosteryarborough.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I certify that on July 11, 2025, this document properly was served on counsel of record via electronic filing in accordance with the Southern District of Texas Procedures for Electronic Filing.

                                                */s/ Benjamin F. Foster*
                                                Benjamin F. Foster