**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

1300 I Street
P. O. Box 903447
Sacramento, CA  94203-4470
Fax: (916) 444-3651
Delinquency-Notices@doj.ca.gov

May    23, 2025

RAINFOREST CONNECTION
77 VAN NESS STREET, SUITE 101-1717
SAN FRANCISCO CA  94102

State Charity Registration Number:  CT0218559

RE:   **DELINQUENCY NOTICE AND WARNING OF ASSESSMENT OF PENALTIES AND LATE FEES, AND SUSPENSION OR REVOCATION OF REGISTERED STATUS**

The above captioned entity is listed as delinquent with the Registry of Charities and Fundraisers for failing to submit required annual report(s) and/or renewal fees.  To research why your organization is delinquent and what filings are missing, please review your filings using the Registry Search Tool: **rct.doj.ca.gov**.  *If you have recently cured, your status will show as* Current *and you may disregard this notice.*

**AFTER REVIEWING THE STATUS OF YOUR FILINGS USING rct.doj.ca.gov, PLEASE FILE:**

Annual Registration Renewal Fee Reports (Form RRF-1), together with required renewal fee and Form CT-TR-1 or IRS Form 990(EZ/PF) for the accounting period(s) that are indicated as *Rejected*, *Incomplete* or *Not Submitted* according to the Registry Search Tool.  Please use the Annual Registration Renewal Fee Schedule on Form RRF-1 to determine the total amount of renewal fee(s) due.

<u>IRS Form 990(EZ/PF) filers</u>: **Schedule B is not requested or required** by the Registry; **Please exclude all pages of Schedule B**, including the first page, even if redacted, blank or marked for *Public View*.

An organization that is listed as delinquent is not in good standing and is prohibited from engaging in conduct for which registration is required, including soliciting or disbursing charitable funds. (Cal. Code Regs., tit. 11, § 312.)  The organization may also be subject to penalties and its registration may be suspended or revoked by the Registry.  Once you submit the delinquent record(s), you will be notified of the amount of any late fees that are owed.

To avoid further adverse actions, please send all delinquent reports and fees, together with a copy of this letter, to the above address immediately.  You may email questions:  **Delinquency-Notices@doj.ca.gov**.  Online resources including a delinquency webinar, forms, instructions, guides, and answers to frequently asked questions are available on our website: **oag.ca.gov/charities/delinquency**

Sincerely,

*Registry of Charities and Fundraisers*
For    ROB BONTA
Attorney General

RCT-451-S Delinquency Notice

