| | |
|---|---|
| **From:** | Whit Missildine |
| **To:** | Bourhan Yassin |
| **Subject:** | Deal Daly |
| **Date:** | Wednesday, April 4, 2018 9:46:16 AM |

If you look at Topher's note in the board agenda: https://docs.google.com/document/d/1qhqNC4KD5_AC47T_ek3PicCd1cGek8KdCcD0m02Euy0/edit?ts=5ac4b197

you'll see he is already trying to disrupt the appointment of Deal. Dave has already spent a lot of time vetting him. I spoke with him for over an hour last week - he's great as far as I can see. Jen's objections from the past are I think irrelevant, since she herself doesn't understand the technology. Why Topher would want to block someone who has over 25 years of experience managing far larger and more complex technology projects, has sat on many boards, and is quite eager and excited to actively volunteer his time for free is beyond me. I think he thinks this is some political move Dave and I are making, which is exactly the kind of toxic attitude that will bring this organization down. Both Dave and I just want to find someone who can actually help move this forward and bring greater expertise to the technology side of the Board. Whether or not that is Deal doesn't matter to me, but someone has to do it.

I'm hoping that you can have a call with Deal independently and assess for yourself whether he is a good fit for the organization, as you will be the one working most closely with him, and you'll understand where his expertise may be best used. If you talk to him and like him, then you can make the case to have him on the Board. If you don't like him, then I will leave it up to all of you to find a more qualified person to take his place.

Do you mind setting up a call with him sometime before the Board meeting?

Thanks,
Whit


EXHIBIT B