

77 Van Ness Ave, Suite 101-1717
San Francisco, CA, 94102
contact@rfcx.org
www.rfcx.org

Date: 12-November-2021

To:
Board of Directors at Rainforest Connection

On the **4th of October 2021** Rainforest Connection's C-Level executives, directors and the team managers held a meeting led by Topher White of major importance to the organisation's future direction.

We will present the minutes of the meeting below:

**Agenda:**
- Topher will take on a new role as President/Founder of Rainforest Connection.
- His new role will be focused on the research and development arm of RFCx.

**Discussion:**
- Topher White acknowledged that given the growth of the organization, he would be better suited in a role that was more focused on R&D.
- Topher White declared that he would step down from his role as CEO with immediate effect.
- The participants of the meeting all agreed that this was the right decision for the organization that showed the maturity of the executive leadership and self-reflection on behalf of Topher.
- The team agrees that Topher's strengths lie in ideation, and therefore leading a separate research and development initiative would be in the best interest of the organization.
- Rainforest Connection is in clear need of a strong leadership, as we have challenges to overcome with delivering against existing and new commitments in addition to planning for the future growth of the organization. Therefore, it was concluded that Bourhan Yassin will formally move into the CEO position and Topher will obtain formal approval from the Board of Directors RFCx.
- The C-level executives, directors and team leads will be responsible for delivering RFCx's roadmap for the future.

**Conclusions:**
- Effective immediately Bourhan will be the CEO of RFCx.
- Topher will be the President/Founder of RFCx and will lead research and development.

Signature table of department managers present at the meeting

| Chrissy Durkin | Mahreen Qazi | Antony Harfield |
|---|---|---|
| *[signature]* | *[signature]* | *[signature]* |
| Marconi Campos Cerqueira | Lawrence Whittaker | |
| *[signature]* | *[signature]* | |


EXHIBIT C