**From:**     Bourhan Yassin
**To:**       Rob Conant; David Klein
**Cc:**       Molly Webster; antony; Mahreen Qazi
**Subject:**  Tides Foundation - Google.org
**Date:**     Monday, April 22, 2024 12:48:06 PM

Hi Rob and David,

I was informed by Google.org that Topher visited Tides Foundation (The Grantor organization behind our google.org grant) offices in San Francisco and requested the grant documents (Which we've sent you previously) and also discussed with them how he will ensure personally that the grant deliverables are met.

Wanted to let you know in case you were not aware. Google.org found this behavior to be very alarming and bizarre as all of our communications on deliverables, etc is with Google.org

Thanks,
Bourhan

Bourhan Yassin
Chief Executive Officer
www.rfcx.org
+1 (415) 792 - 9472





EXHIBIT
D