







3

