|  | **Rainforest Connection** | **Squibbon** | **Arbimon** | **"CxS"** |
|---|---|---|---|---|
| **Mission / Purpose** | Support Conservation via Threat Detection and local partner support | Bring eco-acoustics to a consumer market, with a focus on rich user experiences, next-gen hardware and artistic/social applications. | Scale scientific research in ecoacoustics, impact measurement and support for the scientific community. | A unified hub for all core services and data, acting as the backend for all associated entities' technical platforms. |
| **Technical Assets & Responsibilities** | — Guardian Mobile<br>— Guardian Web<br>— Online Fundraising | — Hardware Design, Fab, Fulfillment<br>— Delta Mobile app + Streaming app<br>— Web Explorer (next gen)<br>— Online marketing<br>— Storytelling | — Web Arbimon + Bio dashboard<br>— Companion app<br>— Uploader app<br>— Data Science - Model Creation (incl for other entities) | — API - Web Services<br>— Database(s)<br>— File/Asset Storage<br>— ?? Unified DevOps & CI ?? or maintenance of DevOps & CI<br>— |
| **Operational Responsibilities** | — Conservation communication<br>— Primary brand<br>— Biz dev redirection<br>— Grants remain under RFCx | — Hardware fulfillment<br>— Consumer marketing | — Field study design & support<br>— Data Science related to ecology<br>— Biz dev on science projects<br>— In-person field operations<br>— 3rd party hardware fulfillment | — Accept and organize back-end technical needs of all entities.<br>— Define process for satisfying needs<br>— Organize tasks and ensure no substantive delays<br>— Maintain and improve efficiency and reliability |
| **Transition Plan EOY** | — Marketing manages messages bio & threat<br>— Delineate partner management - dedicated team<br>— Tech team reorganized for FE dev | — Launch marketing<br>— Define brand relationship with RFCx | — Science team more siloed (any new projects)<br>— Biz dev organizes by bio/threat<br>— Delineate project execution<br>— Field team operates within this structure<br>— Begin to advertise/communicate science services on Arbimon site<br>— Tech team reorganized for FE dev | — Hire Manager/CEO<br>— Transition Stas/Engineer to ~100% in core<br>— Define cross-org resource allocation plan<br>— Define cost responsibility between orgs |
| **Stakeholders** | N/A | Bourhan, Topher | Mahreen, Chrissy, Marconi, Bourhan | Bourhan, Topher, Stas, Manager? |



EXHIBIT G