| | |
|---|---|
| **From:** | Zev Averbach |
| **To:** | Topher White |
| **Subject:** | checking in |
| **Date:** | Friday, July 14, 2023 7:11:13 AM |

Hey Topher--

How's everything with you? Any movement on commercialization of the rfcx audio?

I'm leaving Caterpillar at the end of this month -- if there's any cool back-end/full-stack things you've heard about, I'd appreciate a heads-up!

Cheers,

Zev

