| | |
|---|---|
| **From:** | Bourhan Yassin |
| **To:** | Rob Conant; David Klein |
| **Cc:** | Mahreen Qazi; antony@rfcx.org; Molly Webster |
| **Subject:** | Recent example: Topher promoting his own product under RFCx |
| **Date:** | Thursday, April 18, 2024 9:26:15 AM |

Hi Rob and David,

Thanks for a fruitful meeting yesterday. I mentioned briefly on the call that Topher continues not only to bash RFCx but to also promote his own self interest using RFCx's name.

This is a post/event from 2 days ago: https://www.linkedin.com/posts/alex-logan-cecil_it-was-a-pleasure-to-host-nature-drinks-in-activity-7185699292186095616-XKMR/?utm_source=share&utm_medium=member_desktop

You can see him in the picture. The post references: "upcoming technology solutions from Rainforest Connection (RFCx)." Our sources indicate that he was going around telling people about RFCx doing a backyard consumer device.

If this is not ground for immediate removal, I am not sure what is. He will of course deny it as he always does.

Thanks,
Bourhan


--
Bourhan Yassin
Chief Executive Officer
www.rfcx.org
+1 (415) 792 - 9472





EXHIBIT K