Date: 28th March 2024

To
Bourhan Yassin
Chief Executive Officer
Rainforest Connection

Subject: Immediate action required regarding Topher White

In the past few weeks, we have already made you personally aware of multiple instances of Topher's unsought and nefarious actions; however, in light of additional recent developments, it is critical that action must be taken immediately to put a stop to these activities.

Following the recent resignations, the sense of unease among the team has deepened. This has been exacerbated by confirmed recent reports of Topher openly attacking Rainforest Connection and positioning himself as a victim and saviour. This is bringing significant harm to the organization and team's reputation. His actions have become detrimental to the business operations and RFCx's already vulnerable position in the conservation community.

Topher's long-standing misrepresentation of RFCx has escalated alarmingly in the past three months, as his actions grow increasingly bold and damaging. Team members have been approached at public events by several individuals claiming that Topher spoke to them recently about engineering positions to work on a new consumer product under RFCx (a product that is Topher's personal project and not the work of RFCx).

External stakeholders, including peers, funders (like Huawei), and partners, have shared their confusion with us as Topher reached out to them directly to claim that RFCx is launching a new consumer product. This could not be further from the truth and is unrelated to the vision and work of RFCx. This behavior, which is clearly to serve only his personal interests, is directly undermining the organization's credibility and mission.

Given the severity of Topher's continuing detrimental actions and their potential to inflict long-term damage on RFCx, we trust that you will work with the board to take necessary action to preserve the integrity of the RFCx team and their work.

Signed,
The Employees of Rainforest Connection

| | |
|---|---|
| Anthony Harfield | Molly Webster |
| Ashlee Taylor | Raed Helweh |
| Bhattarapong Somwong | Rassokhin Stanislav Robertovich |
| Carly Batist | Ratree Onchana |
| Evgeniia Rassokhina | Sarika Khanwilkar |
| Gabriel Beleia McCrate | Shayan Azhar |
| Grigorii Nechitailo | Sirirak Phetnit |
| Khalil Ghazzawi | Somjintana Korbut |
| Koonchaya Opastipakorn | Tian Yeu Lee |
| Lawrence Whittaker | Wasuphon Naksut |
| Layla Akkoumeh | |
| Lola Abed | |
| Lyuboslava Dimitrova | |
| Mahreen Qazi | |


EXHIBIT M