| | |
|---|---|
| **From:** | Bourhan Yassin |
| **To:** | Rob Conant |
| **Subject:** | Re: List of systems |
| **Date:** | Friday, July 5, 2024 10:57:20 AM |

Please add Rippling too. Our payroll and HRM system which I have given him admin access to. Apologies for the several emails.

B

Bourhan Yassin
Chief Executive Officer
www.rfcx.org
+1 (415) 792 - 9472



On Fri, Jul 5, 2024 at 10:33 AM Rob Conant <rob@robconant.com> wrote:
> Great thanks Bourhan
>
>> On Jul 5, 2024, at 8:09 AM, Bourhan Yassin <bourhan@rfcx.org> wrote:
>>
>> Oh, also for Slack. I already transferred account ownership to Antony.
>>
>> B
>>
>> Bourhan Yassin
>> Chief Executive Officer
>> www.rfcx.org
>> +1 (415) 792 - 9472
>>
>> 
>>
>> On Fri, Jul 5, 2024 at 9:59 AM Bourhan Yassin <bourhan@rfcx.org> wrote:
>>> Hi Rob,
>>>
>>> I have given admin access to the following systems to Antony:
>>>
>>> - Google Workspace. My username bourhan@rfcx is no longer admin
>>> - Brex - Admin access
>>> - Ramp - Admin access
>>> - Mercury - Admin access
>>> - NetSuite - Admin access



EXHIBIT N

- Salesforce - Admin access
- All the tech systems, Antony as the CTO already has admin access to.
- Marketing related systems (social media accounts, etc) I will have Molly send over the username/passwords to Antony by end of day today.

These are the most important systems to ensure the continuity of the organisation. If there is anything that I may have missed or forgotten about, I would provide that to Antony upon request.

B


Bourhan Yassin
Chief Executive Officer
www.rfcx.org
+1 (415) 792 - 9472

