

**COMPANIES | EXECUTIVES**
**EMPLOYMENT | LITIGATION**

C. Keith Lea, Principal
Direct: 713.337.3765
klea@stuartpc.com

March 20, 2026

The Honorable George C. Hanks
U.S. District Court for the Southern District of Texas
Houston Division
515 Rusk Street, Room 6202
Houston, Texas, 77002

Re:    Status report, *Rainforest Connection v. Bourhan Yassin*, et al, Case No. 4:25-cv-02735

Dear Judge Hanks:

This status report is in response to the Court's rulings during our March 2, 2026, discovery hearing and the corresponding minute entry (Doc. 62). After the March 2, 2026, hearing, I conferred with Ben Foster, counsel for Plaintiff Rainforest Connection, and our client, Defendant Chrissy Durkin, about the documents discussed during the discovery hearing. On March 13, 2026, we served Defendant Chrissy Durkin's First Amended Objections and Responses to Plaintiff's First Set of Requests for Production amending our responses to requests for production 21, 26, 107, 109, 110, and 111. We also produced additional documents numbered DURKIN_000678-000808 on March 13, 2026.

To the best of her knowledge, Mrs. Durkin has now produced all non-privileged, responsive WildMon-related documents in her possession that may not be in WildMon's possession. It is my understanding that Mr. Foster is to subpoena relevant documents in WildMon's possession directly from WildMon to avoid further disputes regarding Mrs. Durkin's confidentiality obligations to WildMon.

Sincerely,

C. Keith Lea